Kevin B. SCHAB, Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS, Respondent.

No. 05–3096.

United States Court of Appeals, Federal Circuit.

Feb. 22, 2005.

ORDER

Order Vacated, See 2005 WL 725363.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

PALM BEACH ISLES ASSOCIATES; Martin Slifka, individually and as trustee; Marjorie Margolis and Robert Franklin, individuals as tenants in common; and The Estate of Jospeh Slifka, represented by Alan Slifka, and Barbara J. Slifka, co-executors, Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Appellee.

No. 04–5047.

United States Court of Appeals, Federal Circuit.

Feb. 23, 2005.

Before RADER, Circuit Judge, PLAGER, Senior Circuit Judge, and DYK, Circuit Judge.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.